**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| EDWARD S. GUTMAN, On Behalf Of Himself and All Others Similarly Situated,<br><br>                              Plaintiff,<br><br>    v.<br><br>ROBERT F.X. SILLERMAN, D. GEOFFREY ARMSTRONG, JOHN MILLER, MICHAEL JOHN MEYER, and SFX ENTERTAINMENT, INC.,<br><br>                              Defendants. | Case No. 15-cv-7192-CM<br><br>**[PROPOSED] ORDER GRANTING THE MOTION OF RONG LIU FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF HIS SELECTION OF LEAD COUNSEL** |

Having considered the Motion of Rong Liu for Appointment as Lead Plaintiff and Approval of His Selection of Lead Counsel (the "Motion"), and good cause appearing therefor, IT IS HEREBY ORDERED THAT:

1.    The Motion is GRANTED.

2.    Pursuant to 15 U.S.C. § 78u-4(a)(3)(B), Rong Liu is appointed to serve as Lead Plaintiff in the above-captioned action and any subsequently filed or transferred actions that are consolidated with the above-captioned action.

3.    Kessler Topaz Meltzer & Check, LLP is approved as Lead Counsel for the class. Lead Counsel shall have the following responsibilities and duties to perform:

    a.    To brief and argue motions;

    b.    To initiate and conduct discovery, including, without limitation, coordination of discovery with defendants' counsel, the preparation of written interrogatories, requests for admissions, and requests for

production of documents;

    c.       To direct and coordinate the examination of witnesses in depositions;

    d.       To act as spokesperson at pretrial conferences;

    e.       To initiate and conduct any settlement negotiations with counsel for defendants;

    f.       To consult with and employ experts; and

    g.       To perform such other duties as may be expressly authorized by further order of this Court.

4.       The Court requests the assistance of counsel in calling to the attention of the Clerk of this Court the filing or transfer of any action that might properly be consolidated with the above-captioned action.

5.       This Order shall apply to each subsequently-filed or transferred related action unless a party objects to this Order or any provision of this Order within ten (10) days after the date upon which a copy of this Order is served on counsel for such party.  This Order shall apply to such action pending this Court's ruling on the objections.

DATED: _____         _____

                                                    THE HONORABLE COLLEEN MCMAHON
                                                  UNITED STATES DISTRICT JUDGE