UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____ x

EDWARD S. GUTMAN, on behalf of himself
And all other similarly situated,

        Plaintiff,

     -against-

ROBERT F.X. SILLERMAN, et al.,

        Defendants.

_____ x

| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #:_____ |
| DATE FILED: _12/4/15_ |

15 Civ. 7192 (CM)

## ORDER DIRECTING SUBMISSION

McMahon, J.:

     Proposed Lead Plaintiff Ron Liu must submit to the court, no later than 10 AM on Monday morning, the times at which his trades in SFX stock were made on August 14, 2015. That information is missing from his motion and supporting papers, and his total loss cannot be calculated without it. If Mr. Liu's counsel wants to be helpful, he will not only provide that information (under oath) but will also calculate Mr. Liu's total loss on all sales that occurred after 1:15 PM on August 14, 2015. Only those losses will be considered by the court when deciding the motion for lead plaintiff status.

     An opinion deciding the motion will issue early next week. Therefore, if this information is not provided to the court (as it should have been in the first instance) by 10 AM Monday morning, I will assume that Mr. Liu is withdrawing his application.

     This notice does not call for any other party to submit any other materials on Monday, and none will be considered.

Dated: December 4, 2015

                                                 U.S.D.J.

BY ECF TO ALL COUNSEL
BY FAX TO COUNSEL FOR RONG LIU