UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GUEVOURA FUND LTD., On Behalf of Itself and All Others Similarly Situated,<br><br>           Plaintiff,<br><br>    v.<br><br>ROBERT F.X. SILLERMAN, D. GEOFFREY ARMSTRONG, JOHN MILLER, MICHAEL JOHN MEYER, and SFX ENTERTAINMENT, INC.,<br><br>           Defendants. | Case No. 1:15-cv-07192-CM |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that upon the accompanying memorandum of law, Defendants D. Geoffrey Armstrong, John Miller and Michael John Meyer will move this Court, before the Honorable Colleen McMahon, United States District Judge, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl St., New York, NY 10007-1312, for an order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure dismissing plaintiff's claims in their entirety and for such other and further relief as this Court may deem just and proper.

Dated: New York, New York
    January 22, 2016

                 Respectfully submitted,

                 By: /s/ Vincent A. Sama
                    Vincent A. Sama
                    Catherine Schumacher
                    Aaron Miner
                    Joseph Clark
                    KAYE SCHOLER LLP
                    250 West 55th Street
                    New York, New York 10019
                    vincent.sama@kayescholer.com
                    Telephone: (212) 836-8000
                    Facsimile:  (212) 836-8689