UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GUEVOURA FUND LTD., On Behalf of Itself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT F.X. SILLERMAN, D. GEOFFREY ARMSTRONG, JOHN MILLER, MICHAEL JOHN MEYER, and SFX ENTERTAINMENT, INC.,<br><br>Defendants. | Case No. 1:15-cv-07192-CM<br><br>**NOTICE OF DEFENDANT ROBERT F.X. SILLERMAN'S MOTION TO DISMISS PLAINTIFF'S CONSOLIDATED AMENDED CLASS ACTION COMPLAINT** |

PLEASE TAKE NOTICE that defendant Robert F.X. Sillerman hereby moves for an Order dismissing Plaintiff's Consolidated Amended Class Action Complaint, dated December 23, 2015, pursuant to Rules 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure, and the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4 *et seq.*

PLEASE TAKE FURTHER NOTICE that in support of the Motion, Mr. Sillerman relies upon the accompanying Memorandum of Law, the Declaration of Jesse Ryan Loffler, dated January 22, 2015, with attached exhibits, and all pleadings and other documents filed with the Court in this matter.

Dated:   New York, New York
         January 22, 2015

FRIED, FRANK, HARRIS, SHRIVER
 & JACOBSON LLP

By:   s/ Peter L. Simmons

Peter L. Simmons
Israel David
Jesse R. Loffler
One New York Plaza
New York, New York 10004-1980
(212) 859-8000
peter.simmons@friedfrank.com

*Attorneys for Defendant Robert F.X. Sillerman*