UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GUEVOURA FUND LTD., On Behalf of Itself and All Others Similarly Situated,<br><br>         Plaintiff,<br><br>  v.<br><br>ROBERT F.X. SILLERMAN, D. GEOFFREY ARMSTRONG, JOHN MILLER, MICHAEL JOHN MEYER, and SFX ENTERTAINMENT, INC.,<br><br>         Defendants. | Case No. 1:15-cv-07192-CM<br><br>**NOTICE OF APPEARANCE** |

    PLEASE TAKE NOTICE that Israel David of Fried, Frank, Harris, Shriver & Jacobson LLP hereby appears as counsel for defendant Robert F.X. Sillerman in the above-captioned matter.  All defenses are expressly reserved.

Dated: New York, New York
     January 22, 2016

               FRIED, FRANK, HARRIS, SHRIVER
                & JACOBSON LLP

               By:   s/ Israel David
                   Israel David

               One New York Plaza
               New York, New York 10004-1980
               (212) 859-8000
               israel.david@friedfrank.com

               *Attorneys for Defendant*
                *Robert F.X. Sillerman*