UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GUEVOURA FUND LTD., On Behalf of Itself and All Others Similarly Situated,<br><br>          Plaintiff,<br><br>   v.<br><br>ROBERT F.X. SILLERMAN, D. GEOFFREY ARMSTRONG, JOHN MILLER, MICHAEL JOHN MEYER, and SFX ENTERTAINMENT, INC.,<br><br>          Defendants. | Case No. 1:15-cv-07192-CM<br><br>**NOTICE OF APPEARANCE** |

    PLEASE TAKE NOTICE that Jesse Ryan Loffler of Fried, Frank, Harris, Shriver & Jacobson LLP hereby appears as counsel for defendant Robert F.X. Sillerman in the above-captioned matter.  All defenses are expressly reserved.

Dated: New York, New York
     January 22, 2016

              FRIED, FRANK, HARRIS, SHRIVER
                & JACOBSON LLP

              By:   s/ Jesse Ryan Loffler
                   Jesse Ryan Loffler

              One New York Plaza
              New York, New York 10004-1980
              (212) 859-8000
              jesse.loffler@friedfrank.com

              *Attorneys for Defendant*
               *Robert F.X. Sillerman*