**Fried, Frank, Harris, Shriver & Jacobson LLP**

One New York Plaza
New York, NY 10004-1980
Tel: 212.859.8000
Fax: 212.859.4000
www.friedfrank.com



Direct Line: 212.859.8455
peter.simmons@friedfrank.com

January 22, 2016

***BY ECF***

The Honorable Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

      ***Re:    Guevora Fund Ltd. v. Sillerman, et al. (Case No. 1:15-cv-07192-CM)***

Dear Judge McMahon:

On behalf of Defendant Robert F.X. Sillerman, we write pursuant to Paragraph IV.G of Your Honor's Individual Practices and Procedures to request that oral argument be held with respect to Defendant's Motion to Dismiss Plaintiff's Consolidated Amended Class Action Complaint, filed today in the above-captioned matter.

Respectfully submitted,

Peter L. Simmons

PLS:kw

cc: All Counsel of Record (via ECF)

10783294