UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
GUEVOURA FUND LTD., On Behalf of Itself  :
and All Others Similarly Situated,       :
                                         :
                Plaintiff,  :  Case No. 1:15-CV-07192 (CM)
                                         :
                                         :
        -v-                      :  **STATEMENT PURSUANT**
                                         :  **TO RULE 7.1 OF THE**
                                         :  **FEDERAL RULES OF**
ROBERT F. X. SILLERMAN, D.               :  **CIVIL PROCEDURE**
GEOFFREY ARMSTRONG, JOHN                 :
MILLER, MICHAEL JOHN MEYER, and          :
SFX ENTERTAINMENT, INC.,                 :
                                         :
                Defendants.  :
------------------------------------------------------------------- x

Defendant SFX Entertainment, Inc. ("SFX"), by its undersigned attorneys, makes the following disclosure pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:

SFX does not have a parent corporation and no publicly held corporation owns 10% or more of its stock.

Dated: New York, New York
         January 22, 2016

                                         GREENBERG TRAURIG, LLP

                                         By:  __/s/Robert A. Horowitz_____
                                                Robert A. Horowitz

                                         200 Park Avenue
                                         New York, New York 10166
                                         Tel: (212) 801-9200
                                         Fax: (212) 801-6400
                                         horowitzr@gtlaw.com

                                         *Attorneys for SFX Entertainment, Inc.*