UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x

| | |
|---|---|
| GUEVOURA FUND LTD., On Behalf of Itself and All Others Similarly Situated, : : : | |
| Plaintiff, : : : | Case No. 1:15-CV-07192 (CM) |
| -v- : : : : | **NOTICE OF MOTION OF SFX ENTERTAINMENT,** |
| ROBERT F. X. SILLERMAN, D. GEOFFREY ARMSTRONG, JOHN MILLER, MICHAEL JOHN MEYER, and SFX ENTERTAINMENT, INC., : : : : : | **INC. TO DISMISS THE CONSOLIDATED AMENDED CLASS ACTION COMPLAINT** |
| Defendants. : | |

------------------------------------------------------------------ x

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law and the Declaration of Robert A. Horowitz dated January 22, 2016, and exhibits thereto, and upon all prior papers and proceedings had herein, Defendant SFX Entertainment, Inc., by and through its undersigned counsel, will move this Court, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, before the Honorable Colleen McMahon, United States District Judge, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007, on a date and at a time designated by the Court, for an Order dismissing the Complaint against it, with prejudice, and for such other and further relief as this Court may deem just and proper.

Dated: New York, New York
       January 22, 2016

GREENBERG TRAURIG, LLP

By:   /s/ *Robert A. Horowitz*
        Robert A. Horowitz

Anne Reddy
200 Park Avenue
New York, NY 10166
Tel: (212) 801-9200
Fax: (212) 801-6400
horowitzr@gtlaw.com
reddya@gtlaw.com

*Attorneys for SFX Entertainment, Inc.*