

Robert A. Horowitz
Tel (212) 801-2194
Fax (212) 801-6400
horowitzr@gtlaw.com

January 22, 2016

**VIA ECF**

Honorable Coleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street, Room 1640
New York, New York 10007

Re: *Guevoura Fund Ltd., et al. v. Robert F.X. Sillerman, et al.*,
No. 1:15 Civ. 0015-cv-07192-CM

Dear Judge McMahon:

We represent SFX Entertainment, Inc. ("SFX"), a defendant in the above-captioned matter. Pursuant to Your Honor's Individual Practices and Procedures IV.G., we write to request oral argument on SFX's Motion to Dismiss the Consolidated Amended Class Action Complaint, submitted herewith.

If you have any questions or concerns, please do not hesitate to contact me.

Respectfully submitted,

Robert A. Horowitz

cc: Counsel to all parties (via ECF)