

Vincent A. Sama
+1 212 836 8765 office
vincent.sama@kayescholer.com

250 West 55th Street
New York, NY 10019-9710
+1 212 836 8000 main
+1 212 836 6622 fax

January 25, 2016

The Honorable Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street, Room 1640
New York, NY  10007-1312

    Re:    *Guevoura Fund Ltd. v. Sillerman, el al.*,
             <u>Case No. 1:15-cv-07192-CM</u>

Dear Judge McMahon:

      We represent defendants D. Geoffrey Armstrong, Michael John Meyer and John Miller in the above captioned matter.  Pursuant to Your Honor's Individual Practices and Procedures IV.G, we write to request oral argument on their Motion to Dismiss the Consolidated Amended Class Action Complaint, filed on January 22, 2016.

Respectfully submitted,

Vincent A. Sama

cc:    All Counsel of Record (via ECF)

Chicago    Los Angeles    Silicon Valley
Frankfurt    New York    Washington, DC
London    Shanghai    West Palm Beach