UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
GUEVOURA FUND LTD., On Behalf of Itself
and All Others Similarly Situated,

                       Plaintiff,

      -v-

ROBERT F. X. SILLERMAN, D.
GEOFFREY ARMSTRONG, JOHN MILLER,
MICHAEL JOHN MEYER, and SFX
ENTERTAINMENT, INC.,

                      Defendants.
------------------------------------------------------------------- x

Case No. 11:15-CV-07192 (CM)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/22/16

**MEMO ENDORSED**

### NOTICE OF MOTION FOR SUBSTITUTION OF COUNSEL ON CONSENT

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Greenberg Traurig, LLP's Motion For Substitution of Counsel on Consent, the Declaration of Michael Burrows and the Exhibits attached thereto—the Declaration of Catherine Schumacher of Kaye Scholer, LLP and Stipulation consenting to the proposed substitution of counsel—Greenberg Traurig, LLP ("Greenberg Traurig") hereby moves pursuant to Rule 1.4 of the Local Rules for the Southern and Eastern Districts of New York for an Order permitting Kaye Scholer, LLP to be substituted as counsel for Geoffrey Armstrong, John Miller, and Michael John Meyer ("collectively, "Outside Directors") and permitting Greenberg Traurig to withdraw as counsel for the Outside Directors, and for such other and further relief as may be just and proper.

*1/26/2014*

*Granted*

Dated: New York, New York
January 21, 2016

                        Respectfully submitted,

                        GREENBERG TRAURIG, LLP

                        By:   /s/ *Michael Burrows*
                              Michael Burrows
                        Robert A. Horowitz
                        Anne Reddy
                        200 Park Avenue
                        New York, NY 10166
                        Tel: (212) 801-9200
                        Fax: (212) 801-6400
                        horowitzr@gtlaw.com

                        *Counsel for Defendants SFX Entertainment,
                        Inc. and the Outside Directors*