UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------X

Guevoura Fund Ltd., et al.,

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/20/19

15 CIV. 7192 (CM)(OTW)

Plaintiff(s),

18 Civ. 9784 (CM) (OTW)

-against-

CALENDAR NOTICE

Robert Francis Xavier Sillerman,
        Defendant(s),
----------------------------------------------------X

Please take notice that the above captioned matter has been **re-scheduled** for a:

| | | |
|---|---|---|
| ___Pre-trial Conference | ___Status Conference | __ Oral argument |
| X Settlement conference | ___Plea Hearing | (Bankruptcy Appeal) |
| ___Rule (16) conference | __ Final pre-trial conference | ___Fairness Hearing |
| ___Telephone Conference | ___Jury Selection and Trial | __ OTSC Hearing |
| ___ Non-Jury Trial | ___Inquest | |

**to Wednesday, December 18, 2019 at 10:00 A.M. before the Honorable Colleen McMahon, United States District Judge** in Courtroom 24A, U. S. District Court, 500 Pearl Street, New York, New York 10007.

Any scheduling difficulties must be brought to the attention of the Court in writing and faxed to Chambers at (212) 805-6326.

Dated: November 20, 2019
      New York, New York

So Ordered

_____
Colleen McMahon, Chief U.S.D.J